## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REBECCA RAMOS, | : | Civil No. 1:26-CV-00752 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PALMYRA BOLOGNA COMPANY, | : | |
| INC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>MEMORANDUM</u>

Before the court is the report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be granted for screening purposes and that the complaint be dismissed with prejudice.  (Doc. 4.)  Chief Judge Bloom makes this recommendation because Plaintiff's sole claim under the Family Medical Leave Act is barred by the applicable statute of limitations.  (*Id.*)  No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court.  *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record,"

1

Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Chief Judge Bloom's analysis is well-reasoned and fully supported by the record and applicable law. Accordingly, the court will adopt the report and recommendation, Doc. 4, grant the motion to proceed *in forma pauperis* for screening purposes, dismiss the complaint with prejudice, and close this case. An appropriate order follows.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: May 22, 2026