**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| REBECCA RAMOS, | : | Civil No. 1:26-CV-00752 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PALMYRA BOLOGNA COMPANY, | : | |
| INC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 22nd day of May, 2026, in accordance with the

accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 4, is **ADOPTED**.

2) Plaintiff's motion to proceed *in forma pauperis*, Doc. 2, is
   **GRANTED** for screening purposes only.

3) Plaintiff's complaint, Doc. 1, is **DISMISSED WITH PREJUDICE**.

4) The Clerk of Court is directed to close this case.


s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania